APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
_____Civil_____ DIVISION

Cheryl R. Russell
(Name of Plaintiff)
**Plaintiff**

vs.

City of Mobile Police Department
(Name of Defendant(s))
**Defendant**

Civil Action No. 11-267-CG-B

Jury Trial Demanded

FILED MAY 20 2011 PM 4:27 USDC SD

**COMPLAINT**
(Double space text of complaint)

1.

(Grounds for jurisdiction)    Federal Question

2.

(Show plaintiff's name(s) and residence or address)
Cheryl R. Russell
2125 Garmons Lane
Mobile, AL 36693

3.

(Show defendant(s) name(s) and address(es))
City of Mobile Police Department
2460 Government Blvd.
Mobile, AL 36606-1618

APPENDIX A (Cont'd)
COMPLAINT FORMAT

4.

(State briefly your legal claim or your reason for filing suit. Include the statue under which the suit is filed.) Negligence:

42 USC 12101 et seq.; 42 USC 2000e et seq.; 42 USC 2000ff et seq.;
42 USC 1981a

5.
(Give a brief, concise statement of the specific facts involved in your case)

Violation of my U.S. Constitutional and Civil Rights.

6.

(State the relief you are requesting.)
Plaintiff prays for judgment against Defendant in the sum of $5,000,000.00 plus costs, interest, and all medical and legal fees for myself and my dependants.

Cheryl R. Russell   05-20-2011
(Signature and date), pro se

2125 Garmons Ln.
(Address) Mobile, AL 36693

251-660-7080
(Phone Number)

Plaintiff demands trial by jury

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Cheryl R. Russell**<br>**2125 Garmons Lane**<br>**Mobile, AL 36693** | From: **Mobile Local Office**<br>**63 S Royal Street**<br>**Suite 504**<br>**Mobile, AL 36602** |

[ ]    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2009-00969 | **ARLENE A. GORCEY,**<br>Investigator | (251) 690-2177 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]    The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*        2-24-11

Enclosures(s)     Erika LaCour,     (Date Mailed)
Local Office Director

cc:    **CITY OF MOBILE LEGAL DEPARTMENT**      **Henry Brewster, Esq.**
E. Ashton Hill, III Esq.      **205 North Conception Street**
P.O. Box 1827      **Mobile, AL 36603**
Mobile, AL 36633-1827

EEOC Form 161 (11/09)      **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Cheryl R. Russell<br>2125 Garmons Lane<br>Mobile, AL 36693 | From: | Mobile Local Office<br>63 S Royal Street<br>Suite 504<br>Mobile, AL 36602 |
|---|---|---|---|

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 425-2011-00521 | ARLENE A. GORCEY,<br>Investigator | (251) 690-2177 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Erika LaCour*      5-10-11

Enclosures(s)      Erika LaCour,<br>Local Office Director      *(Date Mailed)*

cc: **MOBILE POLICE DEPARTMENT**<br>E. Ashton Hill, III, Esq.<br>P.O. Box 1827<br>Mobile, AL 36633-1827