IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL R. RUSSELL,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 11-00267-CG-B |
| | : | |
| **SYBIL THOMAS, et al.,** | : | |
| | : | |
| Defendants. | : | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. '636(b)(1)(B) is **ADOPTED** as the opinion of this court.  Defendants' motion for more definite statement (Doc. 19) is hereby **GRANTED**.[1]  The plaintiff is granted one final opportunity to file an amended complaint that gives the defendants fair notice of her claims against them.  Plaintiff is **ORDERED** to file her third amended complaint **no later than March 20, 2012**.  It is further **ORDERED** that the parties' Rule 26(f) report of parties planning meeting shall be filed **no later than March 27, 2012.**

**DONE and ORDERED** this 13th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] Defendant City of Mobile's Motion to Stay Report of the Parties Planning Meeting (Doc. 20) is deemed to be **MOOT**.