IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL R. RUSSELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 11-0267-CG-B |
| | ) |
| CITY OF MOBILE, et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants, the City of Mobile and Sybil Thomas, and against the plaintiff, Cheryl Russell.

**DONE** and **ORDERED** this 12th day of April, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE